# UNITED STATES DISTRICT COURT
## IN THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **SEAN DAVIS,** | § | |
| **Petitioner** | § | |
| | § | |
| **v.** | § | **Civ. No. CC-07-273** |
| | § | |
| **DAN JOSLIN, Warden,** | § | |
| **Respondent** | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS AND DISMISSING CASE

The United States Magistrate Judge filed her Memorandum and Recommendation on January 8, 2008. (D.E. 21) Petitioner timely filed objections. (D.E. 22) Petitioner's objections do not address the findings of the Magistrate Judge and are merely repetitions of his previous arguments.

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the petitioner's objections, the Court accepts the Magistrate Judge's recommended decision. Accordingly, the Court GRANTS respondent's Motion to Dismiss (D.E. 17) and DISMISSES with prejudice Davis' petition for habeas corpus.

So ORDERED this **26** day of ___**Feb**___, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE